UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


HECTOR SANCHEZ, ET AL.

VERSUS

WALTER SINGLEY, ET AL.

CIVIL ACTION

NO. 08-0642-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that defendants' motion for sanctions[1] shall be GRANTED to the extent that all claims brought by Malik Perez shall be DISMISSED with prejudice under Rules 37 and 41 of the Federal Rules of Civil Procedures for failure to comply with court orders and failure to prosecute his claims.

IT IS FURTHER ORDERED that no fees or costs shall awarded in this matter due to the severity of the sanctions imposed upon plaintiff.

Baton Rouge, Louisiana, June 18, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 26.

Doc#46792